# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**CAMALA WARD**

**VERSUS**

**SECURE ASSET
RECOVERY, INC, ET AL.**

**CIVIL ACTION**

**NO. 17-5-SDD-EWD**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on October 16, 2017.

**ERIN WILDER-DOOMES
UNITED STATES MAGISTRATE JUDGE**

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**CAMALA WARD**

**VERSUS**

**SECURE ASSET
RECOVERY, INC, ET AL.**

**CIVIL ACTION**

**NO. 17-5-SDD-EWD**

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On May 16, 2017 the court issued on Order to Show Cause, requiring Plaintiff, Camala Ward ("Ward"), to appear at a hearing on May 26, 2017 at 2:00 p.m. in Courtroom 5 to show cause why claims against defendant, Recovera, Inc., should not be dismissed for failure to serve.[1] On May 22, 2017 Ward responded to the Court's Order to Show Cause indicating that Ward abandons her claims against Recovera, Inc. and plans to pursue only those claims against defendants, Alan Alvarez and Secure Asset Recovery, Inc.[2]

Plaintiff shall move for a default judgement against Secure Asset Recovery, Inc. and Alan Alverez within seven (7) days of this report and recommendation.

### RECOMMENDATION

It is the recommendation of the undersigned that Plaintiff's claims against Recovera, Inc. be dismissed based on the Response to Court's Show Cause Order.[3]

Signed in Baton Rouge, Louisiana, on October 16, 2017.

**ERIN WILDER-DOOMES
UNITED STATES MAGISTRATE JUDGE**

---

[1] R. Doc. 17.
[2] R. Doc. 18.
[3] R. Doc. 18.