### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CAMALA WARD,<br>    PLAINTIFF, | |
| v. | Case No. 3:17-cv-00005-SDD-EWD |
| SECURE ASSET RECOVERY, INC. and<br>RECOVERA, INC. and<br>ALAN ALVAREZ, individually,<br>    DEFENDANTS | |

## PLAINTIFF'S MOTION FOR DEAFULT JUDGMENT

Now Comes Plaintiff, Camala Ward ("Plaintiff"), by and through her undersigned attorneys, and hereby applies for a default judgment against Defendants, Secure Asset Recovery, Inc. ("SAR") and Alan Alvarez ("Alvarez") (collectively referred to as "Defendants").

Plaintiff seeks default against Defendants in the total amount of eleven thousand, five hundred, thirty dollars ($11,530.00), representing statutory damages in the amount of one thousand dollars ($1,000.00) pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k(a)(2)(A), statutory damages in the amount of three thousand dollars ($3,000.00) pursuant to the Florida Consumer Collection Practices Act, Fla. Stat. § 559.77(2), attorneys fees and costs in the amount of seven thousand, five hundred, thirty dollars ($7,530.00) pursuant to 15 U.S.C. § 1692k(a)(3) and Fla. Stat. § 559.77(2).  *See* Statement of Services attached as Exhibit 1 and supported by Affidavit of Jeffrey D. Wood attached as Exhibit 2.

Date:  October 23, 2017

                Respectfully submitted,

                /s/ Denis E. Vega_____
                Denis E. Vega, Esq. (LA #26740)
                Vega & Associates, LLC
                335 City Park Avenue, Suite 2A
                New Orleans, Louisiana 70119
                Phone: 504-534-8342
                Fax: 504-324-0868
                Email: dvega@vegalaw.net

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on October 23, 2017, a copy of the foregoing Motion for Default Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                 /s/ Dennis E. Vega_____
                Dennis E. Vega