UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CAMALA WARD

VERSUS

SECURE ASSET RECOVERY, INC., ET AL.

CIVIL ACTION

17-5-SDD-EWD

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated October 16, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's claims against Recovera, Inc. are dismissed based on the *Response*[3] to the Court's *Show Cause Order*.[4]

Baton Rouge, Louisiana the 6th day of November, 2017.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 22.
[3] Rec. Doc. 18.
[4] Rec. Doc. 20.