UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CAMILA WARD | CIVIL ACTION |
| VERSUS | 17-5-SDD-EWD |
| SECURE ASSET RECOVERY, INC. AND ALAN ALVAREZ | |

### JUDGMENT

For the written reasons assigned:

*Judgment* is hereby entered in favor of Plaintiff, Camila Ward, and against Defendants, Secure Asset Recovery, Inc. and Alan Alvarez.

Plaintiff is awarded $2,000.00 in statutory damages under the FDCPA and the FCCPA. Plaintiff is awarded attorney's fees in the amount of $4,560.00 and costs in the amount of $690.00.

**IT IS SO ORDERED.**

Signed in Baton Rouge, Louisiana on <u>April 26, 2018</u>.

_____
**JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

45524